IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:07-CR-00016-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COREY LEVON JOYNER, ) | |
| Defendant. ) | |

This matter is before the court on Corey Levon Joyner's letter motion [DE-147] addressed to the undersigned. Joyner requests that this court "take the separatease [sic] off from me and my nephew." *Id.* at 1. The court is unable to discern exactly what relief Joyner is seeking. Consequently, Joyner's letter motion [DE-147] is DENIED without prejudice to renew.

SO ORDERED.

This, the _15_ day of February, 2017.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge