UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:07-CR-16-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>COREY LEVON JOYNER | ORDER TO SEAL<br>MEMORANDUM IN SUPPORT OF<br>SENTENCE REDUCTION UNDER THE<br>FIRST STEP ACT OF 2018 |

  On motion of the Defendant, COREY LEVON JOYNER, and for good cause shown, it is hereby ORDERED that DE [164] be sealed until further notice by this Court.

  IT IS SO ORDERED.

  This the 28th day of May, 2019.

                _____
                The Honorable Louise Wood Flanagan
                United States District Court Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

ROBIN PENDERGRAFT
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-14461

and

JANE JACKSON
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-14461

USANCE-FIRSTSTEPACT2018@USDOJ.GOV

By email on May 28, 2019.

                                            G. ALAN DUBOIS
                                            Federal Public Defender

                                            /s/ Sherri Royall Alspaugh
                                            SHERRI ROYALL ALSPAUGH
                                            First Assistant Federal Public Defender
                                            Attorney for Defendant
                                            Office of the Federal Public Defender
                                            150 Fayetteville Street, Suite 450
                                            Raleigh, North Carolina 27601
                                            Telephone: 919-856-4236
                                            Fax: 919-856-4477
                                            E-mail: Sherri_Alspaugh@fd.org
                                            N.C. State Bar No. 17581
                                            LR 57.1 Counsel Appointed